# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN NGUYEN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 12-04650 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Based upon the parties' Joint Case Management Statement, filed May 29, 2013 (Dkt. No. 17), and the parties' request therein, the Court Continues the Case Management Conference in this matter to Monday, September 9, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 3, 2013

_____
HON. YVONNE GONZALEZ-ROGERS
UNITED STATES DISTRICT COURT JUDGE