**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TUAN NGUYEN,**<br><br>       **Plaintiff,**<br><br>   vs.<br><br>**SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY, LLC,** *et al.***,**<br><br>       **Defendants.** | Case No.:  **12-CV-4650 YGR**<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the Joint Notice of Settlement, filed November 11, 2013 (Dkt. No. 21), all pending motion, case management and trial dates are **VACATED**.  A compliance hearing shall be held on **Friday, January 10, 2014,** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

No later than five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a motion for preliminary approval of class settlement; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: November 13, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**