**WILSON TURNER KOSMO LLP**
ROBIN A. WOFFORD (137919)
FREDERICK W. KOSMO, JR. (138036)
JOCELYN D. HANNAH (224666)
550 West C Street, Suite 1050
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  rwofford@wilsonturnerkosmo.com
E-mail:  fkosmo@wilsonturnerkosmo.com
E-mail:  jhannah@wilsonturnerkosmo.com

Attorneys for Defendants
SHELL OIL COMPANY, SHELL OIL
PRODUCTS COMPANY LLC and
EQUILON ENTERPRISES LLC

**KELLER GROVER LLP**
ERIC A. GROVER (SBN 136080)
RACHAEL G. JUNG (SBN 239323)
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile:  (415) 543-7861
E-mail: eagrover@kellergrover.com
E-mail: rjung@kellergrover.com

Attorneys for Plaintiff
TUAN NGUYEN

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TUAN NGUYEN, individually and on behalf of a class of similarly situated individuals,<br><br>           Plaintiff,<br><br>     v.<br><br>SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY LLC; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. CV 12-04650 YGR<br><br>**STIPULATION DISMISSING DEFENDANTS WITHOUT PREJUDICE AND FILING OF FIRST AMENDED COMPLAINT ADDING NEW DEFENDANT**<br><br>Complaint Filed:  June 19, 2012<br><br>Judge:       Hon.  Yvonne Gonzalez-Rogers<br>Courtroom: 5 (2nd Floor)<br><br>Trial Date:  Not Set |

Pursuant to Federal Rule of Civil Procedure Rule 15(a)(2), the parties and the proposed new defendant, Equilon Enterprises LLC (dba Shell Oil Products US), enter into the following stipulation:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit A.  The parties have engaged in discovery and the informal exchange of information.  Through this process, Defendants have asserted that Shell Oil Company and Shell Oil Products Company LLC are improper parties and that the correct party is Equilon Enterprises LLC (dba Shell Oil Products US) (referred to in this Stipulation as "Equilon"), the owner of the 888-GO-SHELL telephone number at issue in the Complaint.   In reliance on Defendants' representation, the parties have agreed to dismiss Shell Oil Company and Shell Oil Products Company LLC from the Complaint without prejudice and to add Equilon.

The parties and Equilon agree that all claims alleged in the proposed First Amended Complaint shall relate back to the original filing date of the action in state court.

The parties further agree that all statutes of limitation and other time limitations of any kind in all claims that Plaintiff and the putative class alleged in the Complaint against Shell Oil Company and Shell Oil Products Company LLC will remain tolled throughout the pendency of this lawsuit and that should Plaintiff ever move successfully to add Shell Oil Company and/or Shell Oil Products Company LLC back into the action as defendants that the claims against them alleged in the Complaint shall relate back to the original filing date of the action in state court.

IT IS FURTHER STIPULATED that newly added Defendant Equilon waives notice and service of the First Amended Complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendants Shell Oil

/ / /

/ / /

/ / /

-1-    Case No.  CV 12-04650 YGR

STIPULATION DISMISSING DEFENDANTS WITHOUT PREJUDICE AND FILING OF FIRST AMENDED COMPLAINT ADDING NEW DEFENDANT

Company and Shell Oil Company Products LLC to the original complaint shall be responsive to the First Amended Complaint.

IT IS SO STIPULATED.

Dated:  January 8, 2014  **KELLER GROVER LLP**

By: _/s/ Eric A. Grover_
ERIC A. GROVER
RACHAEL G. JUNG
Attorneys for Plaintiff Tuan Nguyen
and the Proposed Class

Dated:  January 8, 2014  **WILSON TURNER KOSMO LLP**

By: _/s/ Frederick W. Kosmo, Jr._
ROBIN A. WOFFORD
FREDERICK W. KOSMO, JR.
JOCELYN D. HANNAH
Attorneys for Defendants Shell Oil Company, Shell Oil Products Company LLC and Equilon Enterprises LLC

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that authorization for the filing of this document has been obtained from each of the signatories shown above and that all signatories concur in the filing's content.

By: _/s/ Frederick W. Kosmo, Jr._
FREDERICK W. KOSMO, JR.
-2-   Case No.  CV 12-04650 YGR

STIPULATION DISMISSING DEFENDANTS WITHOUT PREJUDICE AND FILING OF FIRST AMENDED COMPLAINT ADDING NEW DEFENDANT